```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
AIR ATLANTA AERO ENGINEERING     :
LIMITED,                         :
                                 :   08 Civ. 8852 (VM)
                    Plaintiff,   :
                                 :   **CONDITIONAL**
       - against -               :   **ORDER OF DISCONTINUANCE**
                                 :   **WITHOUT PREJUDICE**
SP AIRCRAFT OWNER I, LLC, et al.,:
                                 :
                    Defendants.  :
-------------------------------- X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-13-10

**VICTOR MARRERO, United States District Judge.**

Magistrate Judge Gabriel Gorenstein having notified the Court, by memorandum dated April 8, 2010, a copy of which is attached, that the parties have reached an agreement in principle to resolve this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action and any pending motions to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date

within ten days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court are canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to withdraw any pending motions and to close this case.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          13 April 2020

                                    VICTOR MARRERO
                                       U.S.D.J.

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
NEW YORK, NEW YORK 10007

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

TELEPHONE:
(212) 805-4260

### MEMORANDUM

APR 13 2010

| | |
|---|---|
| To: | Hon. Victor Marrero<br>United States District Judge |
| From: | Hon. Gabriel W. Gorenstein<br>United States Magistrate Judge |
| Re: | Air Atlanta Aero Engineering v. SP Aircraft Owner 1, LLC |
| Docket No.: | 08 Civ. 8852 (VM) (GWG) |
| Date: | April 8, 2010 |

I held a settlement conference with the parties, following which a settlement was reached. I recommend that you issue a "30 day order" under which the case is automatically closed in 30 days unless a party seeks to re-open the matter.

Please let me know if I can be of further assistance. The Order of Reference will now be closed.